# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 99-CR-00049-IEG-1 |
| Plaintiff, | **ORDER TERMINATING SUPERVISED RELEASE** |
| vs. | |
| MICHAEL ROMERO, *also known as*, LUIS GONZALEZ-GUTIERREZ, | |
| Defendant. | |

MOTION HAVING BEEN ENTERED, and good cause appearing, IT IS HEREBY ORDERED, the supervised release of MICHAEL ROMERO be terminated.

**IT IS SO ORDERED.**

DATED: September 30, 2009

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**